**UNITED STATES DISTRICT COURT**
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

NOT FOR PUBLICATION

**LETTER OPINION & ORDER**

May 22, 2007

**Via United States Mail**
Leslie William Mosch
Inmate # 530435/SBI #686511A
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

**Via Electronic Filing**
Susan M. Scott, D.A.G.
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

    Re:    <u>Edward Mosch v. Devon Brown, et al.</u>
             Criminal Action No.: 06-4067 (JLL)

Dear Mr. Mosch and Counsel:

      The Court is in receipt of the Respondents' letter dated May 21, 2007 which notified the Court of Mr. Leslie William Mosch's intention to proceed in this civil action on behalf of his deceased brother Edward Mosch. Respondents' letter also attached a copy of Mr. Leslie William Mosch's letter to the Adult Diagnostic Treatment Center in which he states his intention to substitute himself as plaintiff and requests further information regarding same.

Pursuant to Federal Rule of Civil Procedure 25(a), a party wishing to be substituted must make a motion for same and together with the notice of hearing, serve upon the defendants as provided in Rule 5.  Such motion must be made on or before June 28, 2007.  Fed. R. Civ. P. 25(a).

Therefore,

**IT IS** this 23rd day of May, 2007,

**ORDERED** that if Mr. Leslie William Mosch still desires to substitute himself as a party in this civil action, he must make a motion to the Court in accordance with Federal Rule of Civil Procedure 25(a) on or before June 28, 2007; and it is further

**ORDERED** that if no such motion is made before June 28, 2007, the action shall be dismissed.

   /s/ Jose L. Linares  
United States District Judge